## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| PLANET HOME LENDING, LLC, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | 6:25-cv-56-ADA-DNM |
| | § | |
| EDGAR POTILLO and CRYSTAL | § | |
| L. MARTINEZ, | § | |
| *Defendants.* | § | |

### ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Dan MacLemore. Dkt. 9. The report and recommendation addressed the Plaintiff's Motion to Remand (Dkt. 8) and recommended the Motion be **GRANTED**. Judge MacLemore issued the report and recommendation on December 30, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge MacLemore's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 9) is **ADOPTED**.

Plaintiff's Motion to Remand (Dkt. 8) is hereby **GRANTED.** This case is **REMANDED** to the 87th District Court of Freestone County, Texas. After remand, the Clerk's Office is respectfully directed to **CLOSE** the case in this Court.

**SIGNED** on February 5, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE